IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LEE RANDLE SUMMERS, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv396-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Respondent. | ) | |

## JOHNSON ORDER

Because the Federal Defender has been appointed to "represent any defendant sentenced in this district who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether the defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of Johnson v. United States, 135 S. Ct. 2551 (2015)," see Misc. Order No. 2:16-mc-3744-WKW; and because the petitioner seeks to raise a Johnson claim, it is ORDERED as follows:

(1) The Federal Defender is appointed to represent the petitioner and to take all appropriate future action as is necessary.

(2) If, for whatever reason, the Federal Defender does not wish to represent petitioner, she can file an appropriate motion to withdraw. If the Federal Defender does not think it prudent to state explicitly the reason for the withdrawal, she need not do so.

The clerk of the court is DIRECTED to arrange for the Federal Defender to receive a copy of this order.

DONE, this the 7th day of June, 2016.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE